*Didlake et al., Petitioners, v. Dep't of Licensing, Respondent*, No. 91606-3. Petition for review of a decision of the Court of Appeals, No. 71633-6-I, March 16, 2015, 186 Wn. App. 417. *Denied* October 2, 2015.

*In re Dependency of G.G., et al.*, No. 91456-7. Motion for discretionary review of a decision of the Court of Appeals, Nos. 71241-1-1, 71242-0-I and 71243-8-I, February 9, 2015, 185 Wn. App. 813. *Denied* October 6, 2015 (Madsen, C.J., dissenting).

*State, Respondent, v. Quintero Cisneros, Petitioner*, No. 90320-4. Petition for review of a decision of the Court of Appeals, No. 69824-9-I, May 12, 2014, 181 Wn. App. 1006. *Granted* and *remanded* to the Court of Appeals November 4, 2015.

*State, Respondent, v. Overmon, Petitioner*, No. 91158-4. Petition for review of a decision of the Court of Appeals, No. 43814-3-II, November 18, 2014, 184 Wn. App. 1038. *Granted* and *remanded* to the Court of Appeals November 4, 2015.

*State, Petitioner, v. Pierre, Respondent*, No. 91805-8. Petition for review of a decision of the Court of Appeals, No. 46008-4-II, June 4, 2015, 188 Wn. App. 1005. *Granted* and *remanded* to the Court of Appeals November 4, 2015.

*State, Petitioner, v. Anderson, Respondent*, No. 91814-7. Petition for review of a decision of the Court of Appeals, No. 45497-1-II, May 19, 2015, 187 Wn. App. 706. *Granted* and *remanded* to the Court of Appeals November 4, 2015.

*State, Petitioner, v. Cox, Respondent*, No. 91824-4. Petition for review of a decision of the Court of Appeals, No. 45971-0-II, May 27, 2015, 187 Wn. App. 1038. *Granted* and *remanded* to the Court of Appeals November 4, 2015.